IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2015 SEP 11  P 12: 59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CHARLES HUNTER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-653-WKW-WC |
| ) | |
| CITY OF MONTGOMERY, AL AND ) | |
| AMERICAN TRAFFIC SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

  COMES NOW AMERICAN TRAFFIC SOLUTIONS, INC., Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

___  This party is an individual, or

___  This party is a governmental entity, or

___  There are no entities to be reported, or

_X_  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| American Traffic Solutions Consolidated, Inc. | Parent corporation |

PD.17986841.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ J. DAY PEAKE III*
      JOSEPH J. MINUS, JR.  (MINUJ5518)
      (ASB-5518-S79J)
      J. DAY PEAKE III   (PEAKJ9462)
      (ASB-9462-J56P)
      PHELPS DUNBAR LLP
      101 Dauphin Street, Suite 1000
      P. O. Box 2727
      Mobile, AL  36652
      (251) 432-4481
      (251) 433-1820 fax
      Jay.Minus@phelps.com
      Day.Peake@phelps.com

**ATTORNEYS FOR DEFENDANT AMERICAN TRAFFIC SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 10th day of September, 2015, I filed the foregoing Conflict Disclosure Statement with the Clerk of Court by sending the original via UPS Next Day Air and have served counsel for Plaintiff via email.

J. Doyle Fuller
Susan G. Copeland
Jacob Alexander Fuller
Fuller & Copeland
2851 Zelda Road
Montgomery, AL 36106
(334) 270-0020
jdf@fullercopeland.com
susanc@fullercopeland.com

Robert E. Poundstone
George R. Parker

PD.17986841.1

Rudy Hill
Bradley Arant Boult Cummings LLP
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL  36104
Telephone:  (334) 956-7700
Facsimile:  (334) 956-7701

J. Thomas Richie
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2119
Telephone:  (205) 521-8000
Facsimile:  (205) 521-8800

                */S/ J. DAY PEAKE III*
                J. DAY PEAKE III